*UNITED STATES DISTRICT COURT*
*MIDDLE DISTRICT OF FLORIDA*
*TAMPA DIVISION*

Case No.: 8:02-cr-319-T-26TGW    Date: 2/25/05

U.S.A. vs. Steven Allen LaBrake

Honorable RICHARD A. LAZZARA    Interpreter:
Court Reporter: Claudia Spangler-Fry    Courtroom Deputy: Rita J. Cole
Attorney(s) for Government:    Attorney(s) for Defendant:

Robert O'Neill    Patrick Doherty

Time: 9:00 - 10:40 = 1:40

## CRIMINAL MINUTES - SENTENCING REFORM ACT SENTENCING

___ Plea agreement is ratified & accepted.  _X_ Defendant sworn.  P.O. Beth Glover

_X_ Defendant is adjudged guilty on count(s) 1,2,14-24,36-52 of the superseding indictment

___ Count(s) _____ is/are dismissed upon motion by the government.

_X_ Imprisonment: 60 months as to Counts 1, 2, 14-24, 47-52; and

   24 months as to Counts 36-46. All terms to run concurrent with each other.

_X_ The Court recommends confinement: Eglin

   ( ) Defendant to reside at a Community Sanctions Center.
   ( ) Defendant to participate in and receive drug and alcohol treatment & rehabilitation while incarcerated.
   ( ) Defendant participate in the 500 Hour Intensive Drug Program.

_X_ Supervised Release: 3 years as to Counts 1,2,14-24,47-52; and

   1 year as to Counts 36-46. All terms to run concurrent with each other.

___ Probation:

_X_ Fine: _____ ( ) Yes  (X) No, waived due to inability or amount of restitution.

_X_ Restitution: $142,000.00 to City of Tampa Joint and Several  See Criminal Monetary Penalties - Page 5 of Judgment for details.

_X_ Special Assessment: $ 3,000.00   As to Count(s) 1,2,14-24,36-52 of the SS Indictment

Sentencing Minutes                                                                                                          Page Two
Case No: __8:02-cr-319-T-26TGW__        Style: __USA v. Steven Allen LaBrake__

__X__    Special Conditions of ( ) Probation   (X) Supervised Release are:

( )Defendant shall participate in the Home Detention Program for a period of _____. During this time defendant will remain at defendant's place of residence except for employment and other activities approved in advance by defendant's Probation Officer. Defendant will be subject to the standard conditions of Home Detention adopted for use in the Middle District of Florida, which may include the requirement to wear an electronic monitoring device and to follow electronic monitoring procedures specified by the P.O.

( )Defendant shall participate as directed in a program approved by the Probation Officer for treatment of narcotic addiction or drug or alcohol dependency which may include testing for the detection of substance use or abuse. Further, the defendant shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Substance Abuse Treatment Services.

( )Defendant shall participate as directed in a program of mental health treatment approved by the Probation Officer. Further, the deft. shall be required to contribute to the costs of services for such treatment not to exceed an amount determined reasonable by the Probation Officer based on ability to pay or availability of third party payment and in conformance with the Probation Office's Sliding Scale for Mental Health Treatment Services.

( )The mandatory drug testing provisions shall apply pursuant to the Violent Crime Control Act.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of placement on supervision and at least two periodic drug tests thereafter as directed by the Probation Officer.

(X)The mandatory drug testing provisions are waived. However, the Court authorizes the probation officer to conduct random drug testing not to exceed 104 tests per year.

(X)The defendant shall provide the Probation Officer access to any requested financial information.

(X ) Until such time as the restitution is paid in full, the defendant shall be prohibited from incurring new credit charges, opening additional lines of credit, acquisitions or obligating himself/herself for any major purchases without approval of the Probation Officer.

( )Should the defendant be deported, he shall not be allowed to re-enter the U.S. without the express permission of the United States Director of Homeland Security.

( )Defendant shall perform _____ hours of community service.

(X)The defendant shall cooperate in the collection of DNA as directed by the Probation Officer.

Sentencing Minutes          Page Three

Case No: 8:02-cr-319-T-26TGW    Style: USA v. Steven Allen LaBrake

| | |
|---|---|
| ___ | Defendant is remanded to custody of U.S. Marshal. |
| X | Defendant to surrender to (X) designated institution as notified by U.S. Marshal |
| | ( ) at _____ ( ) on _____ ( ) not before _____ |
| X | Defendant advised of right to appeal and to counsel on appeal. |
| X | Notice concerning Special Assessment/Fine/Restitution Payments furnished to counsel for Defendant. |
| ___ | Government's Motion for Downward Departure is GRANTED / DENIED by the Court. The Court departs downward ___ levels. |
| ___ | Defendant's Motion for Downward Departure is GRANTED / DENIED. Court departs downward ___ levels. |
| ___ | Oral Motion to Continue Sentencing by the Government / Defendant is orally GRANTED/DENIED by the Court. |
| ___ | Motion (Dkt. ) to Continue Sentencing by the Government/Defendant is GRANTED/DENIED by the Court. Order to follow. |
| | Sentencing reset for _____. |

OTHER: _____

### GUIDELINE RANGE DETERMINED BY THE COURT AT SENTENCING

Total Offense Level: 24

Criminal History Category: I

Imprisonment Range: 51 to 63 months

Supervised Release Range: 2 to 3 years counts 1,2,14-24,47-52
                                             1 year counts 36-46

Fine Range: $ 10,000 to $ 100,000

Restitution: $ 142,000     Special Assessment: $ 3,000